# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | |
| CHRISTOPHER RASHEED SMITH, | : | Criminal No. 02-502-1 |
| Defendant/Petitioner. | : | |

## ORDER

AND NOW, this 21st day of November, 2023, upon consideration of Petitioner's Motion to Vacate, Set Aside, or Correct the Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 108), and all papers submitted in support thereof or in opposition thereto, it is hereby **ORDERED** that said Motion is **DENIED** for the reasons set forth in this Court's accompanying Memorandum.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**